JUDGE SAND    08 CIV 6468

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATLAS SHIPPING AS,

                Plaintiff,

- against -

AEGIS COMPANY LTD. and,
NEW MILLENNIUM FINANCIAL SERVICES, LTD.

                Defendants.
------------------------------------------------------------X



08 cv

ECF Case

JUL 21 2008

U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: July 21, 2008
       New York, NY

                The Plaintiff,
                ATLAS SHIPPING AS

                By: /s/ Anne C. LeVasseur
                Patrick F. Lennon
                Anne C. LeVasseur
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                pfl@lenmur.com
                acl@lenmur.com